NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHEKAYLA DAMPIER, )
)
      Appellant, )
)
v. ) Case No. 2D18-33
)
STATE OF FLORIDA, )
)
      Appellee. )
)
_____ )

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard J. Sanders, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.